IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 11-CV-02769-RPM

MICHAEL GILMORE,

    Plaintiff,

v.

KROENKE SPORTS & ENTERTAINMENT, LLC,
a Delaware Limited Liability Company,
PREMIER FACILITY SERVICE, LLC,
a Colorado Corporation.

    Defendants.

---

**ORDER PERMITTING PLAINTIFF TO AMEND COMPLAINT
AND VACATING SCHEDULING CONFERENCE**

---

    Upon review of Plaintiff's Unopposed Motion to Amend Complaint and Demand for Jury Trial [Doc. 7], it is

    ORDERED that the motion is granted and the first amended complaint attached thereto is accepted for filing. It is

    FURTHER ORDERED that the January 12, 2012, scheduling conference is vacated.

    DATED: January 6th, 2012.

                         BY THE COURT

                          s/Richard P. Matsch
                          _____
                          Richard P. Matsch, Senior District Judge