IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02769-RPM

MICHAEL GILMORE,

    Plaintiff,

v.

KROENKE SPORTS & ENTERTAINMENT, LLC, and
PREMIER FACILITY SERVICES, LLC,

    Defendants.

_____

ORDER EXTENDING DISCOVERY CUT-OFF DEADLINE AND EXPERT WITNESS DESIGNATIONS
_____

Upon review of the Unopposed Motion for Extension of Discovery Cut-Off Deadline and Expert Witness Designations [21] filed June 1, 2012, it is

ORDERED that the discovery cut-off deadline is extended to and including September 29, 2012, and it is

FURTHER ORDERED that the expert and rebuttal witness dates are extended by one month -- Plaintiff Gilmore to designate experts up to and including July 15, 2012; and Defendants Kroenke and Premier to designate experts up to and including August 20, 2012. Any rebuttal opinions will be exchanged on or before September 3, 2012.

Dated: June 4th, 2012

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge