**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-02769-RPM

MICHAEL GILMORE,

      Plaintiff,

v.

KROENKE SPORTS & ENTERTAINMENT, LLC, a Delaware Limited Liability Company
PREMIER FACILITY SERVICES, LLC, a Colorado Corporation.

      Defendants.

_____

**ORDER GRANTING STIPULATED PROTECTIVE ORDER**
_____

      Upon review of the Stipulated Protective Order filed by the parties on October 25, 2012 [29], it is

      ORDERED that the Stipulated Protective Order shall be made an Order of the Court. It is

      FURTHER ORDERED that  that in all court filings, counsel shall comply with D.C.COLO.LCivR 7.2 as to any information to be submitted under restriction based on the Protective Order.

      Dated: October 26th, 2012

                        BY THE COURT:

                        s/Richard P. Matsch
                        _____
                        Richard Matsch, Senior District Judge