IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02769-RPM

MICHAEL GILMORE,

    Plaintiff,

v.

KROENKE SPORTS & ENTERTAINMENT, LLC, and
PREMIER FACILITY SERVICES, LLC,

    Defendants.
_____

## ORDER SETTING TRIAL DATE
_____

    Pursuant to the pretrial conference convened on April 11, 2013, it is

    ORDERED that this matter is set for trial to jury on **July 29, 2013 at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

    DATED:   April 15th, 2013

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior District Judge