# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                July 26, 2013
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Jennifer Hawkins

___

Civil Action No. 11-cv-02769-RPM

MICHAEL GILMORE,                                     Grant H. Lawson

     Plaintiff,

v.

KROENKE SPORTS & ENTERTAINMENT, LLC. and
PREMIER FACILITY SERVICES, LLC,                      Scott W. Greenwood

     Defendants.
___

## COURTROOM MINUTES
___

**Trial Preparation Conference**

**3:00 .m.**        **Court in session.**

Discussion regarding liability.
Court gives counsel a recent case on premises liability.
Discussion regarding the necessity of Premier Facility Services, LLC as a defendant.

**3:08 p.m.**       **Court in recess.**
**3:36 p.m.**       **Court in session.**

Continued discussion regarding liability.
**Mr. Greenwood states defendant Kroenke admits and accepts liability for defendant Premier and Court states it will give a jury instruction to that effect.**

    **ORDERED:**   Defendant Premier Facility Services, LLC is dismissed.

Discussion regarding plaintiffs' motion to compel [41].
**Mr. Greenwood agrees to supply a sample tile to Mr. Lawson.**

    **ORDERED:**   Plaintiff's Motion to Compel [41] is resolved.

Discussion regarding witnesses and exhibits (video).

Discussion regarding statement of the case.

Court states its trial practices and procedures.

**4:09 p.m.**       **Court in recess.**   Hearing concluded. Total time: 41 min.