**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-02769-RPM

MICHAEL GILMORE,

      Plaintiff,

v.

KROENKE SPORTS & ENTERTAINMENT, LLC. and
PREMIER FACILITY SERVICES, LLC.,

      Defendants.

_____

**JUDGMENT**
_____

Pursuant to and in accordance with the Order  entered by Senior District Judge Matsch entered  on

July 26, 2013, incorporated herein by reference, it is

ORDERED that defendant Premier Facility Services, LLC. is dismissed.

This matter was tried from July 29, 2013, through August 1, 2013, before a duly empaneled  jury of

twelve, Senior District Judge Richard P. Matsch presiding.   During the presentation of the plaintiff's

evidence, one juror was excused for cause, and the trial proceeded to conclusion with eleven jurors.

The jury found that plaintiff, Michael Gilmore, did not prove by a preponderance of the evidence

that defendant, Kroenke Sports & Entertainment, LLC., knew or should have known that the floor area where

Mr. Gilmore fell presented a danger and that Kroenke failed to protect against that danger by using reasonable

care to clean up the spill or to warn Mr. Gilmore about that danger.

Pursuant to the jury's verdict , it is

FURTHER ORDERED that judgment is entered in favor of defendant, Kroenke Sports &

Entertainment, LLC., and against plaintiff, Michael Gilmore.  It is

FURTHER ORDERED that defendant, Kroenke Sports & Entertainment, LLC. shall have its costs

Civil Action No. 11-cv-02769-RPM
Page 2

by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment.  It

is

FURTHER ORDERED that the Complaint, Amended Complaint and this civil action are dismissed.

DATED at Denver, Colorado, this 1st day of August , 2013.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

s/J. Chris Smith

By:   _____
        Deputy Clerk