IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02769-RPM

MICHAEL GILMORE,

    Plaintiff,

v.

KROENKE SPORTS & ENTERTAINMENT, LLC.,

    Defendant.

_____

ORDER DENYING MOTION FOR NEW TRIAL
_____

Upon consideration of Plaintiff's Motion for New Trial [55], filed August 28, 2013, it is

ORDERED that the motion is denied.

DATED:  August 29th, 2013

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge